United States Court of Appeals
FOR THE EIGHTH CIRCUIT
No. 96-3877

Rosetta Ricks,              *
                                   *

        Appellant,        *

                                   *    Appeal from the United States
      v.                      *    District Court for the
                                   *    Eastern District of Arkansas

St. Vincent Infirmary; Jan Thompson,   *

                                   *     [UNPUBLISHED]

        Appellees.        *

_____

Submitted: May 28, 1997

Filed: July 10, 1997

_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

     Rosetta Ricks appeals from the final order of the United States District Court[1] for the Eastern District of Arkansas, granting St. Vincent Infirmary summary judgment in this employment discrimination action. We have carefully reviewed the record, and we affirm on the basis of the district court's opinion. See 8th Cir. R. 47B.

---

    [1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.